IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 3:08cr40TSL-JCS

LAWRENCE E. WARE

## ORDER OF DISMISSAL

This cause comes before the Court on the Motion to Dismiss and Suggestion of Death, and supporting death certificate, filed by the attorney for the above-captioned Defendant. The Court, having reviewed said motion and being informed that there is no objection by the United States Attorney to the grant of this motion, does hereby find that the motion should be granted and the above-captioned cause be dismissed with prejudice due to death of Defendant.

ORDERED this the 28th day of July, 2008.

/s/Tom S. Lee
United States District Court Judge